on the part of the appellant was not established, with whom Rich, J., concurs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCISCO L. ITALIANO, Acting on Behalf of ANTONIO BUONO, Appellant, v. LEWIS E. LAWES, as Agent and Warden of Sing Sing Prison, Respondent.— Order affirmed. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

MORRIS REISKIN, Respondent, v. CHARLES GOELL CONSTRUCTION COMPANY and CHARLES BENNETT CONSTRUCTION COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

ROSE RUKASIN, Respondent, v. NATHAN HARRISON, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and defendant's motion for judgment on the pleadings granted, with ten dollars costs, upon the ground that the complaint and bill of particulars charged merely that defendant permitted the alleged defect in the sidewalk in front of his premises to continue, and not at all that he performed any affirmative act which caused the defect. (See *Krebs* v. *Heitmann,* 104 App. Div. 173.) Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

ETHEL SCHUBERT, Professionally Known as ETHEL LORRAINE, Respondent, v. NEW YORK HIPPODROME CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

PAUL SPATA, as Guardian ad Litem of NICHOLAS SPATA, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

AUGUSTA H. SPERRY, as Executrix, etc., of CHARLES H. CORBETT, Deceased, Appellant, v. THEODORE I. UNDERHILL, as Administrator, etc., of JERONEMUS S. UNDERHILL, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

CAROLINE UNGER, as Administratrix, etc., of MINNIE UNGER, Deceased, Respondent, v. BELT LINE RAILWAY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Rich, Jaycox and Manning, JJ., concur; Kelly, J., votes to reverse on the ground that the court committed error in reading to the jury from the opinion of this court on the former appeal. [See 182 App. Div. 695.]

UNITED STATES TITLE GUARANTY COMPANY, Appellant, v. FRANK NOVOTNY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

LAURA B. VOGLER, Respondent, v. NATHANIEL DOYLE, Appellant, and Another, Defendant. (Action No. 1.) — Judgment and order reversed and new trial granted, with costs to abide the event. The finding of fact implied in the verdict of the jury that the appellant was negligent is reversed as contrary to the evidence. Blackmar, P. J., Rich, Kelly and Jaycox, JJ., concur; Putnam, J., votes for affirmance.